AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE BERMUDEZ-FRANCO | CASE NUMBER: 08CR786-BEN |

I, JOSE BERMUDEZ-FRANCO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/18/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Jose Bermudez F.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
MAR 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY